**IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MICHAEL BALLARD**                                                           **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:24-cv-659-KHJ-MTP**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                                 **DEFENDANT**

## AGREED ORDER DISMISSING CERTAIN CLAIMS AND REMANDING CASE

This cause having before the Court on the joint motion of Plaintiff, Michael Ballard, and Defendant, State Farm Mutual Automobile Insurance Company, to remand this case to state court, and this Court, having been advised that the parties agree to remand this case to the Circuit Court of Rankin County, Mississippi, where the suit was originally filed, conditioned upon Plaintiff's agreement that all claims for punitive damages and extra-contractual damages asserted against Defendant in the Complaint shall be dismissed without prejudice and that Plaintiff's total recovery in this case, if any, shall not exceed the $75,000 limit of remaining uninsured motorist coverage afforded under the applicable policies in question, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, HEREBY ORDERED** that all claims for punitive damages and extra-contractual damages asserted against Defendant are hereby dismissed without prejudice, that Plaintiff's remaining contractual claim for uninsured motorist coverage shall not exceed the $75,000 limit of remaining uninsured motorist coverage afforded under the applicable policies in question, and that this case is hereby REMANDED to the Circuit Court of Rankin County, Mississippi. The Clerk of this Court is directed to forward a certified copy of this Order to the Clerk of the Circuit Court Rankin County and to close this case. This Court retains jurisdiction to

enforce the terms of this Order.

    SO ORDERED on this 14th day of January, 2025.

                                          *Kristi H. Johnson*
                                        UNITED STATES DISTRICT JUDGE